US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
JAN 23 2018
DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 5:18-cr-50006-001 |
| v. | ) | |
| | ) | 18 U.S.C. § 513(a) |
| JASON JERRELL SMITH | ) | |

**INDICTMENT**

The Grand Jury Charges:

COUNT ONE

On or about the 5th day of June, 2017, in the Western District of Arkansas, Fayetteville Division, the defendant, JASON JERRELL SMITH, did knowingly utter and possess a counterfeited security of an organization, specifically a check in the amount of $22,212.00, drawn on PNC Bank, a federally insured bank operating in interstate commerce, with the intent to deceive another person or organization, in violation of Title 18, United States Code, Section 513(a).

COUNT TWO

On or about the 5th day of June, 2017, in the Western District of Arkansas, Fayetteville Division, the defendant, JASON JERRELL SMITH, did knowingly utter and possess a counterfeited security of an organization, specifically, a check in the amount of $1500.00, drawn on PNC Bank, a federally insured bank operating in interstate commerce, with the intent to deceive another person or organization, in violation of Title 18, United States Code, Section 513(a).

A True Bill.

*<u>/s/ Grand Jury Foreperson</u>*
Grand Jury Foreperson

DUANE (DAK) KEES
UNITED STATES ATTORNEY

By: ______________________

Amy M. Driver
Assistant U. S. Attorney
Arkansas Bar No. 1997224
414 Parker Avenue
Fort Smith, AR 72901
479-249-9048
E-mail amy.driver@usdoj.gov