IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                     **PLAINTIFF**

**V.**                       **CASE NO. 5:18-CR-50006**

**JASON JERRELL SMITH**                                         **DEFENDANT**

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 111) of United States Magistrate Christy Comstock, filed on June 23, 2023. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 111) is **ADOPTED IN ITS ENTIRETY**, and Defendant's *pro se* Motion to Vacate (Doc. 110), filed pursuant to 28 U.S.C. § 2255, is **DENIED**.

**IT IS SO ORDERED** on this 11th day of July, 2023.

                                                        */s/ Timothy L. Brooks*
                                                        TIMOTHY L. BROOKS
                                                        UNITED STATES DISTRICT JUDGE